BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
PAULA M. ROACH (254142)
600 B Street, Suite 1550
San Diego, CA 92101
Tel: 619/338-1100 / Fax: 619/338-1101
tblood@bholaw.com
proach@bholaw.com

STONEBARGER LAW, APC
GENE J. STONEBARGER (209461)
RICHARD D. LAMBERT (251148)
75 Iron Point Circle, Suite 145
Folsom, CA 95630
Tel: 916/235-7140 / Fax: 916/235-7141
gstonebarger@stonebargerlaw.com
rlambert@stonebargerlaw.com

Attorneys for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REID YEOMAN, On Behalf of Himself and All Others Similarly Situated,<br><br>              Plaintiff,<br><br>    v.<br><br>IKEA U.S. WEST, INC. and DOES 1-25, Inclusive,<br><br>              Defendants. | Case No.:   3:11-CV-00701-WQH(BGS)<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION TO CONSOLIDATE RELATED ACTIONS AND APPOINT INTERIM CLASS COUNSEL**<br><br>**[NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT]**<br><br>Date:        October 3, 2011<br>Time:        11:00 a.m.<br><br>Judge:       Honorable William Q. Hayes<br>Courtroom:   4, Fourth Floor<br>Date Filed:  March 2, 2011<br>Trial Date:  None Set |
| RITA MEDELLIN, an individual, on behalf of herself and all others similarly situated,<br><br>              Plaintiff,<br><br>    v.<br><br>IKEA U.S. WEST, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No. 3:11-CV-00921-WQH(BGS)<br><br>Judge:       Honorable William Q. Hayes<br>Courtroom:   4, Fourth Floor<br>Date Filed:  February 14, 2011<br>Trial Date:  None Set |

BLOOD HURST & O'REARDON, LLP

1    PLEASE TAKE NOTICE that on October 3, 2011 at 11:00 a.m. or as soon thereafter

2    as counsel may be heard, in Courtroom 4, Fourth Floor, Edward J. Schwartz U.S. Courthouse

3    located at 940 Front Street, San Diego, California 92101-8900, that, in accordance with Fed.

4    R. Civ. P. 42(a), plaintiffs Reid Yeoman and Rita Medellin ("Plaintiffs") will and do hereby

5    move for an order consolidating *Yeoman v. Ikea U.S. West., Inc.*, No. 3:11-CV-00701-

6    WQH(BGS) (filed March 2, 2011) ("*Yeoman*") and *Medellin v. Ikea U.S. West, Inc.*, No. 3:11-

7    CV-00921-WQH(BGS) (filed February 14, 2011) ("*Medellin*").   As set forth in the

8    accompanying memorandum of law, the *Yeoman* and *Medellin* actions involve common

9    questions of law and fact, involve the same defendant, and assert claims on behalf of an

10   identical Class.  Accordingly, consolidation is appropriate to avoid unnecessary duplication of

11   evidence and procedures, and avoid inconsistent adjudications.

12   Additionally, Plaintiffs move for an order appointing Timothy G. Blood of Blood Hurst

13   & O'Reardon, LLP, and Gene J. Stonebarger of Stonebarger Law, APC as Interim Class

14   Counsel.  As set forth in the accompanying memorandum of law and declarations of Timothy

15   G. Blood and Gene J. Stonebarger, Plaintiffs' counsel meet each of the requirements of

16   23(g)(1).

17   This motion is based upon this notice of motion, the accompanying memorandum of

18   law, the declarations of Timothy G. Blood and Gene J. Stonebarger, and such other evidence

19   and argument as may be presented at or before the hearing of this motion.

20   Dated:  August 25, 2011                  BLOOD HURST & O'REARDON, LLP
                                              TIMOTHY G. BLOOD (149343)
21                                            PAULA M. ROACH (254142)

22
                                             By:        *s/ Timothy G. Blood*
23                                                    TIMOTHY G. BLOOD

24                                           600 B Street, Suite 1550
                                             San Diego, CA  92101
25                                           Telephone: 619/338-1100
                                             619/338-1101 (fax)
26                                           tblood@bholaw.com
                                             proach@bholaw.com

27

28

BLOOD HURST & O'REARDON, LLP

00035183

NOTICE OF MOTION TO CONSOLIDATE ACTIONS AND APPOINT INTERIM CLASS COUNSEL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BLOOD HURST & O'REARDON, LLP

STONEBARGER LAW, APC
GENE J. STONEBARGER (209461)
RICHARD D. LAMBERT (251148)
75 Iron Point Circle, Suite 145
Folsom, CA  95630
Telephone: 916/235-7140
916/235-7141 (fax)
gstonebarger@stonebargerlaw.com
rlambert@stonebargerlaw.com

**Plaintiffs' Proposed Interim Class Counsel**

2

Case Nos. 3:11-CV-00701-WQH(BGS)/
3:11-CV-0921 AJB (BGS)

NOTICE OF MOTION TO CONSOLIDATE ACTIONS AND APPOINT INTERIM CLASS COUNSEL

BLOOD HURST & O'REARDON, LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed August 25, 2011.

s/  *Timothy G. Blood*

TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
600 B Street, Suite 1550
San Diego, CA  92101
Telephone:  619/338-1100
619/338-1101 (fax)
tblood@bholaw.com

00035183

3

Case Nos. 3:11-CV-00701-WQH(BGS)/
3:11-CV-0921 AJB (BGS)

NOTICE OF MOTION TO CONSOLIDATE ACTIONS AND APPOINT INTERIM CLASS COUNSEL